United States District Court
Southern District of Texas
FILED

NOV 1 0 2010

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIM. NUMBER 4:10cr787 |
| JONATHAN PAUL BARNES | § § | UNDER SEAL |

UNSEALED PER ARREST

### INDICTMENT



Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(False Statement in Passport Application)

On or about August 23, 2010, in the Houston Division of the Southern District of Texas, the defendant,

### JONATHAN PAUL BARNES,

did wilfully and knowingly make false statements in an application for passport with the intent to induce or secure the issuance of a passport under the authority of the United States for his own use, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws, in that the applicant falsely

stated that his most recent passport was lost and provided a false explanation of how, where and when his passport was supposedly lost.

In violation of Title 18, United States Code, Section 1542.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREMAN OF THE GRAND JURY

JOSE ANGEL MORENO
United States Attorney

BY: _____
Gregg Costa
Assistant United States Attorney